J. Warren Weissheimer, Respondent, v. Wyanoak Publishing Co., Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Bank of United States, Respondent, v. Morris Goldstein and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Margaret McKeon, Appellant, v. Frederick W. Van Slyck and Another, as Administrators, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Laughlin and Dowling, JJ., dissented on the exceptions to the charge and on the ground that the verdict was against the weight of evidence.

Patrick Doherty, Respondent, v. Consolidated Gas Company of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Ingraham, P. J., and McLaughlin, J., dissented.

Henry Steers, Inc., Respondent, v. Hewlett Bay Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Harry Levine and Others, Respondents, v. Morris Danzig, Appellant, Impleaded.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Joseph Schaffer, as Administrator, etc., Respondent, v. Henry Kiechlin, Appellant.— Judgment and order affirmed, with costs. No opinion, Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Morris Mollot and Another, Respondents, v. The City of New York, Appellant, Impleaded with Samuel A. Kessler and Another, Respondents, and Others.—Judgment affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Eastern States Refrigerating Company, a Massachusetts Corporation, Respondent, v. William N. White and Another, Doing Business under the Firm Name, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Gustave Britt, Respondent, v. Commercial Casualty Insurance Company, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to the sum of $175.27; in which event judgment as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Usona Stamping Works, Respondent, v. Philip J. Wagner, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Grassi Brothers, Respondent, v. Midwest Realty Company and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs.